STATE v. STALLINGS

No. 634P85.

Case below: 77 N.C. App. 189.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. WADE

No. 531P85.

Case below: 49 N.C. App. 257.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.

STATE v. WATTS

No. 648P85.

Case below: 76 N.C. App. 656.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. WHITE

No. 612P85.

Case below: 76 N.C. App. 544.

Motion by State to dismiss appeal for lack of substantial constitutional question allowed 7 January 1986. Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. WOODS

No. 751PA85.

Case below: 77 N.C. App. 622.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 18 February 1986.